Nicholas A. Thede, WSBA No. 43765
Kyle A. Sturm, *Pro Hac Vice Forthcoming*
Scott A. MacLaren, WSBA No. 53241
FOREMAN STURM & THEDE LLP
3519 NE 15th Avenue, #489
Portland, Oregon 97212
Telephone: 503.206.5824
Facsimile: 971.606.2183

*Attorneys for Plaintiffs*

Rishabh R. Agny, WSBA No. 49721
Ryan J. Hesselgesser, WSBA No. 40720
FORSBERG & UMLAUF, P.S.
901 Fifth Avenue, Suite 1400,
Seattle, WA 98164
Telephone: 206.689.8500
Facsimile: 206.689.8501

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

| | |
|---|---|
| JESSICA LYNN CHURCHILL and CHANC GUFFEY, a Washington marital community,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation,<br><br>Defendant. | No. 1:24-cv-03077-MKD<br><br>**JOINT STATUS REPORT AND DISCOVERY PLAN** |

JOINT STATUS REPORT AND DISCOVERY PLAN – Page 1
No. 1:24-cv-03077-MKD

The parties, through undersigned counsel, participated in the conference required by Fed. R. Civ. P. 26(f). The parties hereby jointly submit the following:

## JOINT STATUS REPORT AND DISCOVERY PLAN

1. **Statement of Nature and Complexity of the Case.** This is an insurance lawsuit stemming from a fire loss claim Plaintiffs Jessica Lynn Churchill and Chanc Guffey ("Plaintiffs" or "Churchill") submitted for damage to their residence under a property insurance policy issued to Plaintiffs by Defendant State Farm Fire and Casualty Company ("Defendant" or "State Farm"). In their Complaint, Plaintiffs seek damages from State Farm for breach of contract, tortious bad faith, and violation of the Consumer Protection Act. State Farm denies liability on all claims and asserts various affirmative defenses.

The parties agree this is not a complex case within the context of Fed. R. Civ. P. 16(c)(2)(L).

2. **Deadline for Joinder of Additional Parties.** The parties agree a reasonable deadline for joining additional parties is on or before October 4, 2024.

3. **Assignment to United States Magistrate Judge.** The parties do not consent to submission of the case to a United States Magistrate Judge.

4. **Proposed Discovery Plan (Fed. R. Civ. P. 26(f)(3))**

/ / /

(A) **Initial Disclosures.** The parties will exchange initial disclosures by October 4, 2024.

(B) **Discovery to be Conducted.** The parties anticipate they will exchange written discovery and take depositions of fact and expert witnesses. Plaintiffs anticipate they will pursue discovery regarding all topics relevant to their claims and the basis of the defenses asserted by State Farm. State Farm anticipates pursuing discovery on all topics relevant to Plaintiffs' claims and claimed damages and those relevant to State Farm's defenses. The parties do not anticipate the need to conduct discovery in phases. The parties defer to the Court to set the discovery-related deadlines in the case based on the trial date selected. Based on the anticipated timeline of the case, the parties suggest fact discovery can be completed by June 6, 2025. They also suggest the following timeline for discovery: (1) Expert Disclosures, if any, shall be exchanged by June 27, 2025; and (2) Rebuttal Expert Disclosures, if any, shall be exchanged by July 18, 2025. Expert discovery shall be completed by August 29, 2025.

/ / /

(C)  **Electronically Stored Information.**  The parties agree to exchange electronically stored information as appropriate and to produce any such unprivileged information as it is maintained in the ordinary course of business.  The Producing Party may produce documents via a secure file transfer mechanism and/or on readily accessible, computer or electronic media including CD-ROM, DVD, or external hard drive (with standard PC compatible interface) ("Production Media").  All Production Media will be encrypted prior to production and the Producing Party will provide a decryption key to the Requesting Party in a communication separate from the production itself.  The parties do not anticipate any issues or complications regarding electronically stored information.  If any such issues arise, the parties will meet and confer regarding whether to adopt the Model Protocol for Discovery of Electronically Stored Information in Civil Litigation (the "Model Protocol").  At this time, the parties do not adopt the Model Protocol.

/ / /

/ / /

JOINT STATUS REPORT AND DISCOVERY PLAN – Page 4
No. 1:24-cv-03077-MKD

(D) **Privilege Issues.** The parties anticipate there may be discovery issues relating to certain potentially privileged materials, including materials that may be protected from disclosures under the attorney-client privilege, the attorney work product doctrine, and general confidentiality of private and proprietary information. The parties will work together to resolve these issues and will seek Court intervention only when necessary. The parties further agree that inadvertent disclosures shall be addressed in accordance with Fed. R. Civ. P. 26(b)(5)(3) and Fed. R. Evid. 502(b). The parties may request that the Court enter a protective order substantially consistent with the Eastern District of Washington Model Protective Order to address issues related to the discovery of confidential information, should any such issues arise.

(E) **Proposed Limitations on Discovery.** The parties agree the presumptive limitations on discovery under the Federal Rules of Civil Procedure and the Local Civil Rules should not be altered at this time. The parties agree this representation is without prejudice to the right of any parties to later seek relief from those limitations.

JOINT STATUS REPORT AND DISCOVERY PLAN – Page 5
No. 1:24-cv-03077-MKD

      (F)    **Discovery-Related Orders.**  The parties do not currently anticipate the need for any discovery-related orders.  The parties will work cooperatively regarding any privilege and/or confidentiality issue.  The parties may enter into a protective order to address issues related to the discovery of confidential information, should any such issues arise.

    **5.**    **Discovery Completion.**  The parties have conferred and believe that fact discovery can be completed by June 6, 2025, and expert discovery can be completed by August 29, 2025.

    **6.**    **Bifurcation.**  The parties do not believe this case should be bifurcated.

    **7.**    **Pretrial Statements and Pretrial Orders.**  The parties agree the case is an appropriate case for pre-trial statements and a pre-trial order.

    **8.**    **Individualized Trial Program.**  The parties do not believe this case should be submitted to the Individualized Trial Program.

    **9.**    **Suggestions for Shortening or Simplifying Case.**  The parties have no suggestions at this time for any orders or other formal methods of shortening or simplifying the case.  The parties are prepared to make good faith efforts to assess whether certain issues should be resolved on early motions following some discovery.  The parties agree that scheduling Fed. R. Evid. 104 hearings and

motions, if applicable, will shorten and simplify the trial.

**10. Date Ready for Trial.** The parties anticipate the case will be ready for trial between September 2025 and December 2025.

**11. Jury or Non-Jury Trial.** Plaintiffs and Defendant have each demanded a jury trial.

**12. Length of Trial.** The parties anticipate trial in this matter will take four (4) court days.

**13. Trial Counsel.** Below is the contact information for trial counsel for the parties:

<u>Plaintiffs Jessica Lynn Churchill and Chanc Guffey:</u>

Nicholas A. Thede, WSBA No. 43765
Kyle A. Sturm, *pro hac forthcoming*
Scott A. MacLaren, WSBA No. 53241
Foreman Sturm & Thede LLP
3519 NE 15th Ave., #489
Portland, Oregon 97212
Telephone: (503) 206-5824
Fax: (971) 606-2183
E-Mail: nick.thede@foremansturm.com
E-mail: kyle.sturm@foremansturm.com
E-mail: scott@foremansturm.com

/ / /

/ / /

/ / /

/ / /

JOINT STATUS REPORT AND DISCOVERY PLAN – Page 7
No. 1:24-cv-03077-MKD

<u>Defendant State Farm Insurance Company</u>:

Ryan J. Hesselgesser, WSBA No. 40720
Rishabh R. Agny, WSBA No. 49721
Forsberg & Umlauf, P.S.
901 Fifth Avenue, Suite 1400,
Seattle, WA 98164
Telephone: (206) 689-8500
Fax: (206) 689-8501
Email: ragny@foum.law
Email: rhesselgesser@foum.law

**14.    Trial Date Complications.**

<u>Counsel for Plaintiffs have the Following Trial Conflicts</u>:

Counsel for Plaintiffs have the following trial conflicts between September 2025 and December 2025:

- September 15-19, 2025 - *Ailyne Mendoza v. American Family Ins. Co.*, U.S. Dist. Court, Eastern Dist. of Washington (Yakima), Case No. 1:24-cv-03014-ACE.

- October 19-24, 2025 – *Affordable Restoration, LLC v. Allstate Vehicle and Prop. Ins. Co.*, U.S. Dist. Court, Western Dist. of Washington (Seattle), Case No. 2:24-cv-00654-GJL.

<u>Counsel for Defendant has the Following Trial Conflicts</u>:

Counsel for State Farm has the following trial conflicts between September and December 2025:

/ / /

JOINT STATUS REPORT AND DISCOVERY PLAN – Page 8
No. 1:24-cv-03077-MKD

Alan Swanson v. State Farm Fire & Casualty Company; USDC Western District Cause No.: 2:24-cv-00509-JCC; October 20, 2025

Samba Drammeh, et al. v. State Farm Fire & Casualty Company; USDC Western District at Seattle Cause No.: 2:24-cv-00739-MLP; November 3, 2025

Lindsay Gregory v. State Farm Fire & Casualty Company; USDC Eastern District Case 2:24-cv-00193-MKD; December 8, 2025

Julian Castro, et al., v. State Farm Fire & Casualty Company; USDC Western District Case No.: 2:24-cv-00883-BJR; December 8, 2025

**15. Service on Defendant.** Defendant was served via the Washington State Office of the Insurance Commissioner on June 3, 2024.

**16. Scheduling Conference.** The parties agree a scheduling conference is not necessary prior to entry of a scheduling order.

**17. Corporate Disclosure Statements (Fed. R. Civ. P. 7.1):** State Farm timely filed its Corporate Disclosure and Diversity . Plaintiffs are not under an

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

JOINT STATUS REPORT AND DISCOVERY PLAN – Page 9
No. 1:24-cv-03077-MKD

obligation to file a Corporate Disclosure Statement.

DATED this 11th day of September 2024.

FOREMAN STURM & THEDE LLP

By: */s/ Nicholas A. Thede*
Nicholas A. Thede, WSBA No. 43765
Kyle A. Sturm, *pro hac vice forthcoming*
Scott A. MacLaren, WSBA No. 53241
Foreman Sturm & Thede LLP
3519 NE 15th Ave. # 489
Portland, Oregon 97212
Telephone: (503) 206-5824
Email: kyle.sturm@foremansturm.com
Email: nick.thede@foremansturm.com
Email: scott@foremansturm.com

*Attorneys for Plaintiffs*

FORSBERG & UMLAUF, P.S.

By: */s/ Rishabh R. Agny*
Rishabh R. Agny, WSBA No. 49721
Ryan J. Hesselgesser, WSBA No. 40720
901 Fifth Avenue, Suite 1400,
Seattle, WA 98164
Telephone: (206) 689-8500
Email: ragny@foum.law
Email: rhesselgesser@foum.law

*Attorneys for Defendant*