FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 13, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSICA LYNN CHURCHILL and CHANC GUFFEY, a Washington marital community,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation,<br><br>Defendant. | No. 1:24-cv-03077-RLP<br><br>ORDER DENYING STIPULATED PROTECTIVE ORDER |

Before the Court is the parties' Stipulated Protective Order, ECF No. 20. The parties seek a protective order to protect the confidentiality of records pertaining to: (1) sensitive personal information; (2) materials that contain defendant's trade secret, confidential, internal-use only, or proprietary research, development, or commercial information; (3) private and personal information related to defendant's employees; (4) confidential or trade secret materials,

policies, and practices; and (5) any other proprietary, confidential, competitively sensitive, internal-use only, non-public material of a sensitive nature, reinsurance or trade secret information of the defendant and related entities. The matter was considered without oral argument.

The parties ask the Court to sign a Protective Order that was drafted and agreed to by the parties. It is this Court's preference to not enter general Protective Orders that simply set forth the parties' agreement for handling "confidential" materials. The parties are free to contract between themselves regarding disclosure of information produced in discovery and pursue appropriate remedies in the event of breach; however, the Court will not be party to such an agreement. If the parties wish to file specific items of discovery in the court record and protect such items from public access, the Court will entertain a motion to seal or an application for a narrowly tailored protective order.

ACCORDINGLY, IT IS ORDERED that the parties' Stipulated Protective Order, **ECF No. 20**, is **DENIED**. The Clerk shall enter this Order and forward copies to counsel.

**DATED** February 13, 2025.

Rebecca L. Pennell
United States District Judge